**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **The Milk Road LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | |
|---|---|---|
| | Include any assumed names, trade names and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | **81-1333487** |
|---|---|---|

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4240 Gum Branch Road** **Jacksonville, NC 28540** | **103 Brookside Court** **Jacksonville, NC 28546** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Onslow** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **https://www.milkroadcoffee.com/** |
|---|---|---|

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | The Milk Road LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor  **The Milk Road LLC**
                Name                                                                                        Case number (*if known*) _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11.  Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
               Contact name _____
               Phone _____

---

███  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **The Milk Road LLC**                                          Case number (*if known*) _____
         Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | The Milk Road LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 17, 2024**
MM / DD / YYYY

**X** **/s/ Dannell Suzanne Clark**                     **Dannell Suzanne Clark**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Richard P Cook**                              Date **January 17, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**Richard P Cook**
Printed name

**Richard P. Cook. PLLC**
Firm name

**dba Cape Fear Debt Relief**
**7036 Wrightsville Avenue, Suite 101**
**Wilmington, NC 28403**
Number, Street, City, State & ZIP Code

Contact phone   **(910)399-3458**     Email address   **CapeFearDebtRelief@gmail.com**

**NC Bar 37614 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **The Milk Road LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 17, 2024**     X **/s/ Dannell Suzanne Clark**
                                                Signature of individual signing on behalf of debtor

                                                **Dannell Suzanne Clark**
                                                Printed name

                                                **Managing Member**
                                                Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name **The Milk Road LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,350.78** |
   | **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$430,774.92** |
   | **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$442,625.41** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | | | | |

Debtor   **The Milk Road LLC**    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **A-Team Village West, LLC**<br>**Attn: Managing Officer or Agent**<br>**125 Horton Drive**<br>**Morehead City, NC 28557** | **November, December, January rent payments of $3,000 each month.** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Lease of Emerald Isle retail location** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

Debtor    **The Milk Road LLC**                                                              Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Richard P. Cook. PLLC<br>dba Cape Fear Debt Relief<br>7036 Wrightsville Avenue, Suite 101<br>Wilmington, NC 28403** | Attorney Fees | **November 7, 2023** | $20,000.00 |
| | Email or website address<br>**CapeFearDebtRelief@gmail.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **The Milk Road LLC**                                    Case number *(if known)* _____

---

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|
|         |                            |

---

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankrupties**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-------------------------------------------------------------------------------|----------------------------------------------------------------------------|
|                           |                                                                               |                                                                            |

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
|                                        |                                 |                               |                                                      |                                          |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|----------------------------|
|                                         |                                           |                             |                            |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **The Milk Road LLC**                                          Case number *(if known)* _____

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

---

Debtor   **The Milk Road LLC**                                        Case number *(if known)* _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **H. Donald Scott, CPA, P.A.** **Attn: Managing Officer or Agent** **PO Box 68** **Richlands, NC 28574** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Dannell Clark** **103 Brookside Court** **Jacksonville, NC 28546** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **Dannell Clark** | | **$57,885.00** |
| | **October 2023** | **Current fair market value of all personal property** |
| Name and address of the person who has possession of inventory records **The Milk Road LLC** **4240 Gum Branch Road** **Jacksonville, NC 28540** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dannell Clark** | **103 Brookside Court** **Jacksonville, NC 28546** | **Managing Member** | **95.00** |

Debtor    **The Milk Road LLC**    Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Keith Nemcoff | 1622 Longwood Drive Greenville, NC 27858 | Member | 2/2016 - 7/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Justin Niece | 811 Green Street Lansdale, PA 19446 | Member | 2016 - 7/2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | | | | Mrs. Clark had received no compensation of any kind for her managment of the Debtor since 2018. Beginning in August 2023, once she became the 95% owner of the Debtor, she began receiving a salary for her full-time work. She works approximately 60 hours each week for the Debtor. |
| | Dannell Clark 103 Brookside Court Jacksonville, NC 28546 | Gross salary of $1,200.00 every two weeks. | Every two weeks beginning August 2023 | |
| | Relationship to debtor **Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

Debtor    **The Milk Road LLC**                                    Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Paychex Pooled Employer 401(k) Plan** | **EIN:** |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 17, 2024**

**/s/ Dannell Suzanne Clark**                              **Dannell Suzanne Clark**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name      **The Milk Road LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.......................................................................................... $ _____0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*......................................................................................... $ ___62,856.78

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*........................................................................................... $ ___62,856.78

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ___334,070.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ ___119,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ ___43,441.23

4.  Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b                                                                                 $ ___496,511.23

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Milk Road LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Attn: Managing Officer or Agent PO Box 96001 Los Angeles, CA 90096-8000 | | Credit card | | | | $2,904.18 |
| Amur Equipment Finance Attn: Managing Officer or Agent 304 W. 3rd Street Grand Island, NE 68801 | | refrigerator, two (2) sinks, drip tray, ice maker, water filtration system for ice maker, gas connector, display case, blender, expresso machine, two | | $13,070.00 | $5,000.00 | $8,070.00 |
| Chase Card Attn: Managing Officer or Agent 201 N. Walnut Street DE1-1027 Wilmington, DE 19801 | | Credit card | | | | $36,311.76 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101 | | Withholding taxes | | | | $32,000.00 |
| Lowes Attn: Managing Officer or Agent PO Box 530954 Atlanta, GA 30353-0954 | | Credit card | | | | $1,280.23 |

Debtor  **The Milk Road LLC**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **North Carolina Dept. of Revenue Attn: Bankruptcy Unit PO Box 1168 Raleigh, NC 27602** | | Withholding taxes | | | | **$4,000.00** |
| **North Carolina Dept. of Revenue Attn: Bankruptcy Unit PO Box 1168 Raleigh, NC 27602** | | Sales and use taxes | | | | **$83,000.00** |
| **North Star Leasing Company Attn: Managing Officer or Agent PO Box 4505 Burlington, VT 05406** | | Disguised security agreement. Any claims are disputed as creditor violated the ECOA in extending credit to the Debtor. | Disputed | | | **$0.00** |
| **Small Business Administration Attn: Managing Officer or Agent 2 North 20th Street Suite 320 Birmingham, AL 35203** | | All non-motor vehicle assets | | $321,000.00 | $54,356.78 | $266,643.22 |
| **Wells Fargo Bank, NA Attn: Managing Officer or Agent MAC S4101-08D PO Box 29482 Phoenix, AZ 85038-9482** | | Credit card | | | | $2,945.06 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **The Milk Road LLC** | |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| | **Coastal Bank & Trust** | | | |
| 3.1. | **Balance as of 1/15/2024** | **Business checking** | 7424 | $1,168.80 |
| | **Coastal Bank & Trust** | | | |
| 3.2. | **Emerald Isle account** | **Business checking** | 1136 | $1,000.00 |
| | **Coastal Bank & Trust** | | | |
| 3.3. | **Sales tax account** | **Business checking** | 1144 | $2,552.98 |

4.   **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $4,721.78 |
|---|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

| Debtor | **The Milk Road LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Coffee beans, pastries, teas, milks | | $0.00 | Liquidation | $250.00 |

| 23. | **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | $250.00 |
|---|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____ 0.00 _____ Valuation method _____ Current Value _____ 250.00

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Debtor | **The Milk Road LLC** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  Concession trailer | $0.00 | Appraisal | $500.00 |
| 47.2.  1995 Chevrolet G30 Cutaway | $0.00 | Appraisal | $3,000.00 |

**48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Bars, light fixtures, shelving, wares, warming lamps, point of sale systems, juicers, blenders, stands, tables, grinders, deli case, refrigerators, freezers, brewers, expressor machines, chalk boards, sinks, ice machines, cabinets, carts, cookers, appliances, chairs, office furniture and related office equipment, patio furniture, stoves, ovens, mixers, utility sheds, outdoor heaters, ice bins, generators, grill/griddle, kegerator** | $0.00 | Appraisal | $54,385.00 |
| --- | --- | --- | --- | --- |

**51.** Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

| $57,885.00 |
| --- |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

Debtor  **The Milk Road LLC**                                      Case number *(If known)* _____
Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** https://www.milkroadcoffee.com/ | **$0.00** | | **Unknown** |

60.  **Patents, copyrights, trademarks, and trade secrets**

61.  **Internet domain names and websites**
https://www.milkroadcoffee.com/ ... $0.00 ... Unknown

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**                                                                  | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **The Milk Road LLC**                                     Case number *(If known)* _____
          Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,721.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $250.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $57,885.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $62,856.78 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $62,856.78 |

**Fill in this information to identify the case:**

Debtor name   **The Milk Road LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** **Amur Equipment Finance**
Creditor's Name

**Attn: Managing Officer or Agent**
**304 W. 3rd Street**
**Grand Island, NE 68801**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**refrigerator, two (2) sinks, drip tray, ice maker, water filtration system for ice maker, gas connector, display case, blender, expresso machine, two grinders**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$13,070.00**    Value of collateral: **$5,000.00**

**2.2** **Small Business Administration**
Creditor's Name

**Attn: Managing Officer or Agent**
**2 North 20th Street**
**Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**All non-motor vehicle assets**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$321,000.00**    Value of collateral: **$54,356.78**

Debtor    **The Milk Road LLC**
_____     Case number (if known) _____
Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$334,070.00**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **United States Attorney**<br>**Attn: Managing Officer Or Agent**<br>**150 Fayetteville Street**<br>**Suite 2100**<br>**Raleigh, NC 27601** | Line **2.2** | |
| **United States Attorney General**<br>**US Dept. of Justice**<br>**950 Pennsylvania Avenue NW**<br>**Washington, DC 20530-0001** | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name **The Milk Road LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims               12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,000.00 | $32,000.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**North Carolina Depart of Commerce<br>Attn: Managing Officer or Agent<br>Division of Emplmnt-Sec Benefits<br>PO Box 25903<br>Raleigh, NC 27611-5903** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**For notice purposes only** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

| Debtor | **The Milk Road LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**North Carolina Dept. of Revenue**<br>**Attn: Bankruptcy Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $83,000.00 | $83,000.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales and use taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**North Carolina Dept. of Revenue**<br>**Attn: Bankruptcy Unit**<br>**PO Box 1168**<br>**Raleigh, NC 27602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,000.00 | $4,000.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**A-Team Village West, LLC**<br>**Attn: Managing Officer or Agent**<br>**125 Horton Drive**<br>**Morehead City, NC 28557** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **For notice purposes only**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**Attn: Managing Officer or Agent**<br>**PO Box 96001**<br>**Los Angeles, CA 90096-8000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,904.18 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Credit card**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Chase Card**<br>**Attn: Managing Officer or Agent**<br>**201 N. Walnut Street**<br>**DE1-1027**<br>**Wilmington, DE 19801** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36,311.76 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Credit card**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **The Milk Road LLC**                                     Case number *(if known)* _____
_____
Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Niece**
**811 Green Street**
**Lansdale, PA 19446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keith Nemcoff**
**1622 Longwood Drive**
**Greenville, NC 27858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,280.23 |
|---|---|---|---|

**Lowes**
**Attn: Managing Officer or Agent**
**PO Box 530954**
**Atlanta, GA 30353-0954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**North Star Leasing Company**
**Attn: Managing Officer or Agent**
**PO Box 4505**
**Burlington, VT 05406**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Disguised security agreement. Any claims are disputed as creditor violated the ECOA in extending credit to the Debtor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PM Enterprises of NC LLC**
**Attn: Managing Officer or Agent**
**PO Box 340**
**Magnolia, NC 28453-0340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Timothy Meehan**
**46 Davenport Drive, Apt 302**
**Stafford, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,945.06 |
|---|---|---|---|

**Wells Fargo Bank, NA**
**Attn: Managing Officer or Agent**
**MAC S4101-08D**
**PO Box 29482**
**Phoenix, AZ 85038-9482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Milk Road LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

<span style="background:black;color:white">Part 3:</span>    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

<span style="background:black;color:white">Part 4:</span>    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 119,000.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 43,441.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 162,441.23 |

**Fill in this information to identify the case:**

Debtor name      **The Milk Road LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commerical lease of retail storefront located at 9002 Louise Ave, Suites A1 and B1, Emerald Isle, NC 28594.**<br>**Month-to-month**<br><br>**A-Team Village West, LLC**<br>**Attn: Managing Officer or Agent**<br>**125 Horton Drive**<br>**Morehead City, NC 28557** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commerical lease of retail storefront located at 4240 Gum Branch Road, Jacksonville, NC 28540-9117.**<br>**expires May 31, 2024**<br><br>**PM Enterprises of NC LLC**<br>**Attn: Managing Officer or Agent**<br>**PO Box 340**<br>**Magnolia, NC 28453-0340** |

**Fill in this information to identify the case:**

Debtor name    **The Milk Road LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dannell & Daniel Clark** | **103 Brookside Court Jacksonville, NC 28546** | **North Star Leasing Company** | ☐ D _____ <br> ■ E/F __3.7__ <br> ☐ G _____ |
| 2.2 | **Dannell Clark** | **103 Brookside Court Jacksonville, NC 28546** | **Amur Equipment Finance** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Justin Niece** | **811 Green Street Lansdale, PA 19446** | **Wells Fargo Bank, NA** | ☐ D _____ <br> ■ E/F __3.10__ <br> ☐ G _____ |
| 2.4 | **Justin Niece** | **811 Green Street Lansdale, PA 19446** | **American Express** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.5 | **Justin Niece** | **811 Green Street Lansdale, PA 19446** | **North Star Leasing Company** | ☐ D _____ <br> ■ E/F __3.7__ <br> ☐ G _____ |

Debtor  **The Milk Road LLC**                                      Case number *(if known)* _____

▮  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Justin Niece** | 811 Green Street<br>Lansdale, PA 19446 | **Amur Equipment Finance** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Keith & Monica Nemcoff** | 1622 Longwood Drive<br>Greenville, NC 27858 | **North Star Leasing Company** | ☐ D ____<br>■ E/F __3.7__<br>☐ G ____ |
| 2.8 | **Keith Nemcoff** | 1622 Longwood Drive<br>Greenville, NC 27858 | **Amur Equipment Finance** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Keith Nemcoff** | 1622 Longwood Drive<br>Greenville, NC 27858 | **Chase Card** | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |
| 2.10 | **Dannell Clark** | 103 Brookside Court<br>Jacksonville, NC 28546 | **A-Team Village West, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G __2.1__ |
| 2.11 | **Justin Niece** | 811 Green Street<br>Lansdale, PA 19446 | **A-Team Village West, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G __2.1__ |
| 2.12 | **Keith Nemcoff** | 1622 Longwood Drive<br>Greenville, NC 27858 | **A-Team Village West, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G __2.1__ |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:

THE MILK ROAD LLC,                                   CASE NO.:
                                                     CHAPTER 11

     DEBTOR(S)

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**

1.     Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor and that compensation paid to me within one  year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services  rendered or to be rendered on behalf of the debtor in contemplation of or in connection  with the bankruptcy case is as follows:

For legal services, I have agreed to accept: $ <u>Unknown</u>  (To be determined by the Court)

Prior to filing this statement, I have received in Attorney's fees: $ 5,850.00

In addition, I am currently owed the following Attorney's fees:       $ 0.00

My firm is additionally holding $12,412.00 in trust for services to be provided. ($20,000 deposited, minus $5,850 in attorney fees, and filing fee of $1,738 filing fee).

Balance Due:   $<u>Amount unknown</u> (To be determined by the Court)

2.     The source of compensation paid to me is:

[X] Debtor                                    [ ] Other:

3.     The source of compensation to be paid to me is:

[X] Debtor                                    [ ] Other (specify):

4.     [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with  a list of the names of the people sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of

the bankruptcy case, including:

  a)  Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11, United States Code;

  b)  Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

  c)  Representation of the debtor at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

  d)  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

  e)  Additional fees to be approved by the Bankruptcy Court.

6.  By agreement with the debtor, the above disclosed fee does not include the following services:

Not applicable

CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated: January 17, 2024     RICHARD P. COOK, PLLC

             /s/ Richard P. Cook
             Richard P. Cook
             Attorney for the Debtor(s)
             N.C. State Bar No. 37614
             7036 Wrightsville Ave, Suite 101
             Wilmington, NC 28403
             Telephone: (910) 399-3458
             Email: Richard@CapeFearDebtRelief.com

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re    **The Milk Road LLC**                              Case No. _____

_____

                                Debtor(s)                 Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 17, 2024**                  **/s/ Dannell Suzanne Clark**
_____    _____
                                **Dannell Suzanne Clark**/**Managing Member**
                                Signer/Title

A-Team Village West, LLC
Attn: Managing Officer or Agent
125 Horton Drive
Morehead City, NC 28557

Keith Nemcoff
1622 Longwood Drive
Greenville, NC 27858

United States Attorney General
US Dept. of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

American Express
Attn: Managing Officer or Agent
PO Box 96001
Los Angeles, CA 90096-8000

Lowes
Attn: Managing Officer or Agent
PO Box 530954
Atlanta, GA 30353-0954

Wells Fargo Bank, NA
Attn: Managing Officer or Agent
MAC S4101-08D
PO Box 29482
Phoenix, AZ 85038-9482

Amur Equipment Finance
Attn: Managing Officer or Agent
304 W. 3rd Street
Grand Island, NE 68801

North Carolina Depart of Commerce
Attn: Managing Officer or Agent
Division of Emplmnt-Sec Benefits
PO Box 25903
Raleigh, NC 27611-5903

Chase Card
Attn: Managing Officer or Agent
201 N. Walnut Street
DE1-1027
Wilmington, DE 19801

North Carolina Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602

Dannell & Daniel Clark
103 Brookside Court
Jacksonville, NC 28546

North Star Leasing Company
Attn: Managing Officer or Agent
PO Box 4505
Burlington, VT 05406

Dannell Clark
103 Brookside Court
Jacksonville, NC 28546

PM Enterprises of NC LLC
Attn: Managing Officer or Agent
PO Box 340
Magnolia, NC 28453-0340

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Small Business Administration
Attn: Managing Officer or Agent
2 North 20th Street
Suite 320
Birmingham, AL 35203

Justin Niece
811 Green Street
Lansdale, PA 19446

Timothy Meehan
46 Davenport Drive, Apt 302
Stafford, VA 22554

Keith & Monica Nemcoff
1622 Longwood Drive
Greenville, NC 27858

United States Attorney
Attn: Managing Officer Or Agent
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

## United States Bankruptcy Court
### Eastern District of North Carolina

In re    **The Milk Road LLC**                                                         Case No. _____
                                                     Debtor(s)          Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dannell Clark**<br>**103 Brookside Court**<br>**Jacksonville, NC 28546** | | **95.00%** | **Member** |
| **Timothy Meehan**<br>**46 Davenport Drive, Apt 302**<br>**Stafford, VA 22554** | | **5.00%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 17, 2024**                                   Signature    **/s/ Dannell Suzanne Clark**
                                                                                          **Dannell Suzanne Clark**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   __The Milk Road LLC_____   Case No. _____

Debtor(s)   Chapter   __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __The Milk Road LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__January 17, 2024_____
Date

__/s/ Richard P Cook_____
**Richard P Cook**
Signature of Attorney or Litigant
Counsel for   **The Milk Road LLC**_____
**Richard P. Cook. PLLC**
**dba Cape Fear Debt Relief**
**7036 Wrightsville Avenue, Suite 101**
**Wilmington, NC 28403**
**(910)399-3458 Fax:(877) 836-6822**
**CapeFearDebtRelief@gmail.com**